THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Roger A. HOUSE, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 2012–5016.

United States Court of Appeals, Federal Circuit.

Aug. 8, 2012.

John B. Wells, Law Office of John B. Wells, of Slidell, Louisiana, argued for the plaintiff-appellant.

Stacey K. Grigsby, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for the defendant-appellee. With her on the brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Bryant G. Snee, Deputy Director. Of counsel on the brief was Michael J. Marinello, Office of the Judge Advocate General, General Litigation Division, United States Navy, of Washington, DC.

Before RADER, Chief Judge, LOURIE and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

In re Fred T. PARKER.

No. 2011–1421.

United States Court of Appeals, Federal Circuit.

Aug. 9, 2012.

Janet A. Pioli, Brinks Hofer Gilson & Lione, of Chicago, IL, argued for appellant. With her on the brief were Laura A. Lydigsen, Luke A. Parsons and Roy E. Hofer. Of counsel on the brief was Richard J. Godlewski, of Bloomington, IN.

Farheena Y. Rasheed, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for appellee. With her on the brief were Raymond T. Chen, Solic-

itor, and William Lamarca, Associate Solicitor. Of counsel was Kristi L.R. Sawert, Associate Solicitor.

Before RADER, Chief Judge, NEWMAN and LOURIE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* **Fed. Cir. R. 36.**